UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :   Hon. Steven C. Mannion

v.                             :   Mag. No. 14-6004

ABRAHAM CORCINO                :   ORDER FOR CONTINUANCE

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Andrew S. Pak, Assistant U.S. Attorney), and defendant Abraham Corcino, for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and one continuance order having been entered by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he/she has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Plea negotiations are expected to commence shortly, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

      (2) This case is complex, and involves a significant quantity of both physical and

recorded evidence; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 19 day of November, 2014.

ORDERED that this action be, and it hereby is, continued for a period of 60 days from the date of this Order; and it is further

ORDERED that the period of 60 days from the date of this Order shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STEVEN C. MANNION
United States Magistrate Judge

14-6004

Form and entry consented to:

_____
Andrew S. Pak
Assistant U.S. Attorney

_____
Counsel for Defendant